**FILED**
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIA MIILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0734 |
| ) | |
| DISTRICT OF COLUMBIA PUBLIC ) | |
| HOUSING AUTHORITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 4/8/08